[No. 48768-0-I. Division One. May 27, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN WILLIAM ASP, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-08566-1, Philip G. Hubbard, Jr., J., entered July 2, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49709-0-I. Division One. May 27, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TRACEY JADE JOHNSTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-06348-7, Dale B. Ramerman, J., entered November 16, 2001. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox, A.C.J., and Agid, J.

[No. 50337-5-I. Division One. May 27, 2003.]

*In the Matter of the Detention of* KIM MICHAEL SMITH.

THE STATE OF WASHINGTON, *Respondent*, v. KIM MICHAEL SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-2-03400-6, George N. Bowden, J., entered April 10, 2002. *Affirmed* by unpublished opinion per Agid, J., concurred in by Cox, A.C.J., and Schindler, J. Now published at 117 Wn. App. 611.